MUNICIPAL GAS COMPANY OF THE CITY OF ALBANY, Respondent, v. CHARLES
D. NEWTON, as Attorney-General of the State of New York, and
Others, Appellants, and THE PUBLIC SERVICE COMMISSION, SECOND
DISTRICT, Defendant.

PER CURIAM: The merits of this controversy are now on trial at the
Equity Term of the Supreme Court, and we are of the opinion that, under
all the circumstances, which it is not necessary to set out or elaborate, we
would not be justified in arbitrarily forcing an argument of this appeal
until the trial court shall have completed its labors by deciding the issues.
The rights of the consumers are protected by undertakings approved by
the court. The only question presented, outside of the merits, is the claim
that the order appealed from was granted in violation of the decision of
this court. The decision of the Court of Appeals created a new situation,
and we cannot say that the application to the Special Term was in violation
of our order. All concurred. Motion denied, without prejudice to
renewal if the trial of the action now pending is not prosecuted with due
diligence.